| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:25-cr-00005-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 3:25-cr-00032-MMD-CSD |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Undra Deon Williams | Southern Iowa | Davenport |
| | NAME OF SENTENCING JUDGE | |
| | Stephen H. Locher, U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/03/2024 — TO 12/02/2027 |

**OFFENSE**
18 U.S.C. §§ 2113 – Armed Bank Robbery

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

 IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

October 13, 2025
*Date*

*/s/ Stephen H. Locher*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 17, 2025
*Effective Date*

*United States District Judge*

1

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Undra Deon Williams

Case No.:   TO BE ASSIGNED

**REQUESTING ACCEPTANCE OF JURISDICTION**

October 17, 2025

TO:     The United States District Judge


On August 25, 2004, Mr. Undra Williams appeared before Judge George Howard in the Eastern District of Arkansas for the purpose of sentencing after pleading guilty to one count of Armed Bank Robbery. He was sentenced to serve 80 months imprisonment, to be followed by a 36-month term of supervised release. On June 8, 2023, the U.S. Probation Office for the Southern District of Iowa received a relocation request from the Bureau of Prisons related to Mr. Undra Williams. Upon his release from custody, Mr. Williams transitioned to the local Residential Reentry Center.

On December 3, 2024, Mr. Williams released from the Residential Reentry Center and began his term of supervised release in the Southern District of Iowa. The Southern District of Iowa then obtained jurisdiction of Mr. Williams' case. Due to his in-law's elderly status and their increasing need for assistance, Mr. Williams requested a Transfer of Supervision to the District of Nevada on May 22, 2025. His transfer request was accepted on June 9, 2025. Mr. Wiliams advised he plans to reside in Nevada until the termination of his Supervised Release term. Moreover, Mr. Williams has strong ties to Reno, Nevada and he resides with his retired wife. Mr. Williams has an injury to his right arm, as well as right hand, which he believes qualifies for disability. The undersigned has verified that Mr. Williams is working with the Social Security Administration to be awarded benefits. However, he reported his physical limitations are not nearly as severe as his elderly in-laws and he plans to assist them with any needed task.

ADDENDUM TO PETITION (Probation Form 12)
RE: Undra Deon Williams

Finally, the Judicial Conference recommends transfer of jurisdiction for persons under supervision to reduce the burden and expedite the response by the Court. Consistent with this recommendation, the Probation Office is recommending our Court accept jurisdiction of this case. The Honorable Stephen H. Locher has agreed to relinquish jurisdiction as evident by their signature on the attached Transfer of Jurisdiction form. If Your Honor agrees, please countersign the form accepting Jurisdiction.

    Respectfully submitted,

    _____
    Matthew McKeon
    United States Probation Officer

Approved:

_____
Erik Flocchini
Supervisory United States Probation Officer