UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:25-cr-00032-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| UNDRA DEON WILLIAMS, | |
| Defendant. | |

Defendant Undra Deon Williams was sentenced to 80 months in custody followed by 36 months of supervised release. Williams commenced supervised release on December 3, 2024 in the Southern District of Iowa. In May 2025, Williams requested to transfer his supervision to this district to allow him to help care for his aging in-laws. The Court granted his request, and Williams' supervision was transferred to this district on October 17, 2025. (ECF No. 4.) Williams has filed a motion for termination of supervised release. (ECF No. 7 ("Motion").) The assigned probation officer does not oppose the Motion, though probation recommends as an alternative the Court post-date the termination for two months while Williams enrolls and completes a CDL education program. The government filed a response (ECF No. 8), indicating it does not oppose the Motion and joins in the probation officer's recommendation to post-date the termination for two months. For the reasons discussed herein, the Court grants the Motion.

18 U.S.C. § 3583(e)(1) provides that the Court may, after considering the relevant § 3553(a) factors, terminate supervised release at any time after a defendant has completed one year of supervised release. The Court must be satisfied that early termination is warranted by the defendant's conduct and the interest of justice.

Probation reported that Williams has substantially complied with conditions of supervision, paid the $230 victim restitution, has strong ties to Reno, and has helped his wife make deliveries for her employer and has assisted her in making food app deliveries when he is not employed. While Williams has an injury that he indicates qualifies him for disability benefits, Williams reported that his in-laws have more physical limitations than him, and he plans to help them with any needed tasks. Williams informed his probation officer that his long-term goal is to work as a long haul driver, which led the probation to offer an alternative to immediate termination. In light of Williams' compliance with conditions of supervised release, the progress that Williams has made, and his commitment to continue to work on rehabilitation and become a productive member of society, the Court finds that the interest of justice warrants early termination of supervised release.

It is therefore ordered that Defendant's motion for early termination of supervised release (ECF No. 7) is granted.

DATED THIS 19th Day of March 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE